IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RAYMOND D. MASSENBURG,

    Plaintiff,

v.                                                                                                     Civil Action No. 3:08cv106

VANESSA P. ADAMS, *et al.*,

    Defendants.

## MEMORANDUM OPINION

Raymond D. Massenburg, a former federal prisoner, filed this civil action against Bureau of Prisons employees while he was incarcerated at the Federal Correctional Complex in Petersburg, Virginia. Massenburg's release from custody, coupled with his failure to respond to the motions to dismiss, suggested to this Court his lack of interest in further prosecuting this case.

By Memorandum Order entered on December 16, 2010, the Court ordered Massenburg to file, within eleven (11) days of entry thereof, a statement explicitly identifying his continued interest in pursuing this case. The Court warned Massenburg that failure to do so would result in dismissal of this action.

More than eleven (11) days have passed, and Massenburg has not responded to the December 16, 2010 Memorandum Order. Accordingly, the Court will DISMISS the Complaint WITHOUT PREJUDICE.

An appropriate Order will accompany this Memorandum Opinion.

It is so ORDERED.

/s/
M. Hannah Lauck
United States Magistrate Judge

Date: 12-30-10
Richmond, Virginia